IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. GAUER,

    Plaintiff,

  v.

Case No. 19-cv-594-bbc

LIZZIE TEGELS, TAMMY MAASSEN,
LILY LIU, DEBRA TIDQUIST,
KRISTINE PRALLE, JODI
DOUGHERTY AND ANTHONY
HENTZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |